# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00054-DME-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD ALLEN NEWMAN,

    Defendant.

## ORDER

This matter is before the Court on correspondence that the Court received from the Clerk of the Sedgwick County, Colorado, Combined Court, dated August 22, 2012. This correspondence was requested by Defendant Richard Newman. The Court received the correspondence, but will not file it because there is no pending motion or other ongoing proceeding in this closed case. Instead, the correspondence will be sent to Defendant Newman.

Dated this __16th__ day of _____October_____, 2012.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE